DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEAY VESPER,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT,**
Appellee.

No. 4D2024-1152

[November 12, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE18-018279.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellant.

Alec P. Hayes of Troutman Pepper Locke LLP, Atlanta, Georgia, for appellee.

EWEN, LILLIAN, Associate Judge.

The appellant takes this appeal from a final judgment of foreclosure in the bank's favor. The trial court found that the bank is entitled to an award of attorney's fees and costs, but the trial court deferred ruling and reserved jurisdiction to determine amount. On appeal, the appellant argues only that the trial court erred in awarding fees.

It is well settled that an order determining entitlement to attorney's fees but not an amount is not ripe for appellate review. *Mark v. Watler*, 379 So. 3d 1190 (Fla. 4th DCA 2024); *Keldie v. Dennstedt*, 330 So. 3d 61, 62 (Fla. 4th DCA 2021); *Dania Beach Boat Club Condo. Ass'n, Inc. v. Forcier*, 290 So. 3d 99, 102 (Fla. 4th DCA 2020). Therefore, we dismiss the appeal as it relates to the challenge to the attorney's fees award without prejudice and affirm the final foreclosure judgment.

*Affirmed in part, dismissed in part without prejudice.*

KUNTZ, C.J., and MAY, J., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***